| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK | AFFIDAVIT OF SERVICE |
|---|---|
| COUNTY OF _____ | ATTORNEY: BERGSTEIN |
| | FF/INDEX #: |
| THERESA MORELLI | DATE FILED: 10/9/07 |
| | DOCKET #: |
| | CASE NO.: 07 CIV. 8711 |
| - AGAINST -    Plaintiff(s)/Petitioners(s) | BRIEANT |
| WAPPINGERS CENTRAL SCHOOL DISTRICT | |
| | COURT D/T: |
| Defendants(s)/Respondent(s) | AMOUNT: |

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 10/22/07 at 12:05 PM at 167 MYERS CORNERS ROAD
WAPPINGERS FALLS, NY 12590

deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE BRIEANT & PROCEDURES FOR ELECTRONIC CASE FILING

on WAPPINGERS CENTRAL SCHOOL DISTRICT                                               therein named

**CORPORATION** ☑ By delivering to and leaving with SUSAN PENNEY and that he knew the person
so served to be the DISTRICT CLERK of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE                    THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

FEMALE   WHITE SKIN   RED HAIR   40-50 YEARS   5'8"-5'9"   150-190 LBS

Other identifying features:

Sworn to before me on: 10/23/07

_JoAnn Johnson_ / _Julio Perilla_

| JOHN GOULD | JOANN JOHNSON | KATHLEEN GOULD |
|---|---|---|
| NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK |
| QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY |
| COMMISION EXPIRES JULY 15, 20__ | COMMISION EXPIRES AUGUST 15, 20_10_ | COMMISION EXPIRES NOVEMBER 30, 20__ |
| 01G05013764 | 01J05031856 | 4632958 |