UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THERESA MORELLI                                 Index No. 07 CIV 8711 (CLB)

       Plaintiff,  SUPPLEMENTAL RESPONSE
             TO PLAINTIFF'S FIRST
- against-          REQUEST FOR PRODUCTION
             OF DOCUMENTS

WAPPINGERS CENTRAL SCHOOL  ECF Case
DISTRICT
       Defendant.
-----------------------------------------------------------X

  Defendant Wappingers Central School District ("the District"), as and for its Supplemental Answer to Plaintiff's First Request for the Production of Documents, responds as follows:

4. Produce all documents identified in Defendant's Rule 26 Disclosures.

**RESPONSE:** Additional sick bank records are appended hereto.

Dated: Hopewell Junction, New York
   May 14, 2008

       Yours, etc.

       DONOGHUE, THOMAS, AUSLANDER & DROHAN, LLP

      By: _____
       Vincent P. D'Andrea.(6614)
       Donoghue, Thomas, Auslander & Drohan, LLP
       Attorneys for Defendant
       Wappingers Central School District
       2517 Route 52
       Hopewell Junction, NY 12533
       Tel.: (845) 227-3000
       Fax: (845) 227-6873

TO: Helen G. Ullrich
   Bergstein & Ullrich, LLP
   15 Railroad Avenue
   Chester, New York 10918