# BERGSTEIN & ULLRICH, LLP

- ATTORNEYS AT LAW -

15 RAILROAD AVENUE • CHESTER, NEW YORK 10918
TELEPHONE (845) 469-1277
FACSIMILE (845) 469-5904
E-MAIL: thefirm@tbulaw.com
www.tbulaw.com

Stephen Bergstein
Helen G. Ullrich

Of Counsel
Christopher D. Watkins

**VIA FACSIMILE & MAIL**

June 9, 2008

Hon. Charles L. Brieant, U.S.D.J.
United States District Court
300 Quarropas Street
White Plains, NY 10601

re: <u>Morelli v. Wappingers CSD</u>
07 Civ. 8711 (CLB)(GAY)

*[Handwritten endorsement: MEMO ENDORSED — Application Granted. Conference adjourned to October 11, 2008 @ 9:00 AM. Charles L. Brieant 6/12/08]*

Dear Judge Brieant:

This firm represents plaintiff Theresa Morelli in this disability discrimination lawsuit against her employer, Wappingers Central School District. Discovery is scheduled to close on June 15 and a conference is scheduled for July 11. I am writing to request an extension of ninety days, to September 15, for discovery and an adjournment of the conference to a date thereafter. Defendant's counsel, Vincent D'Andrea, consents to this request.

Counsel for both parties have worked diligently to complete document discovery but have been unable to complete depositions due to their motion and trial schedules. Since we are now in the summer months, making scheduling more difficult due to vacations, we feel that a ninety day extension is realistic.

Thank you for your consideration in this matter.

Sincerely,

*[signature]*
Helen G. Ullrich

cc: Vincent D'Andrea, Esq.